UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| PETERKIN AND ASSOCIATES OF GEORGIA, Inc. | ) | CASE NO. 13-66549- JEM |
| | ) | |
| | ) | |
| Debtor. | ) | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court will hold a hearing on the Trustee's Motion Requesting Court to Designate Corporate Representative for the Debtor and to Compel such Representative to Appear and Testify at Section 341 Meeting of Creditors in **Courtroom 1202, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, at 10:00 A.M. on November 12, 2013.**

    Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

    This the 28th day of October, 2013.

                                                /s/ Eric J. Breithaupt
                                                ERIC J. BREITHAUPT
For the Firm of                        Georgia State Bar No. 596142
STITES & HARBISON, PLLC
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, GA 30308
(404) 739-8800 — Telephone
ebreithaupt@stites.com
Attorneys for S. Gregory Hays,
Chapter 7 Trustee for Peterkin & Associates of Georgia, Inc.

307954:2:ATLANTA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| PETERKIN AND ASSOCIATES OF GEORGIA, Inc. | ) ) ) | CASE NO. 13-66549- JEM |
| Debtor. | ) ) | |

### TRUSTEE'S MOTION REQUESTING COURT TO DESIGNATE CORPORATE REPRESENTATIVE FOR THE DEBTOR AND TO COMPEL SUCH REPRESENTATIVE TO APPEAR AND TESTIFY AT SECTION 341 MEETING OF CREDITORS

COMES NOW S. Gregory Hays, as Chapter 7 Trustee (the "Trustee") in the case of Peterkin and Associates of Georgia, Inc. (the "Debtor"), and, by and through his undersigned counsel, files this *Motion Requesting Court to Designate Corporate Representative for the Debtor and to Compel such Representative to Appear and Testify at Section 341 Meeting of Creditors* (the "Motion"). In support of the Motion, Trustee shows the Court as follows:

1. On July 21, 2013, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Case").

2. George M. Oliver is the Chapter 7 Trustee of Peterkin-Carolina in a bankruptcy case pending before the United States Bankruptcy Court for the Eastern District of North Carolina (Case No. 10-10442-8-SWH). George M. Oliver is also the Chapter 7 Bankruptcy Trustee in the case of Alice D. Smith, which is pending for the United States Bankruptcy Court for the Eastern District of North Carolina (Case No. 11-02629-8-SWH). Peterkin-Georgia is owned either as a subsidiary of Peterkin-Carolina or by Alice Smith. On information and belief, there also appear to be other potential minority shareholders that are identified in the Debtor's Corporate Ownership Statement [Doc. 14]. Based upon information obtained by Mr. Oliver in his capacity as Trustee in the Peterkin-Carolina case, the stock certificates issued to the potential

307954:2:ATLANTA

minority shareholders appear to be fraudulent. Acting in his capacity as Chapter 7 Trustee, and during the course of conducting the affairs and operating Peterkin-Carolina, George M. Oliver discovered that Peterkin-Georgia was being operated in Atlanta without his knowledge or consent. Having made a determination that the filing of a Chapter 7 petition on behalf of Peterkin-Georgia was in the best interest of creditors and in the proper exercise of his business judgment as Chapter 7 Trustee, George M. Oliver filed the Case acting as its putative shareholder.

3. The original section 341 meeting of creditors was scheduled for September 4, 2013, but the meeting was not conducted because no representative for the Debtor appeared. The meeting was rescheduled to September 30, 2013, and once again no one appeared. The meeting has been rescheduled once more to November 5, 2013. The Trustee has made multiple efforts by telephone and by E-mail to obtain Ms. Smith's co-operation in attending the 341 meeting of creditors. Ms. Smith is believed to currently reside in North Carolina. Ms. Smith has not committed to appear on November 5th.

4. Pursuant to 11 U.S.C. §§ 341 and 343, a debtor is required to appear and testify under oath at a meeting of creditors. A debtor in bankruptcy also has an affirmative duty to cooperate with the trustee pursuant to 11 U.S.C. § 521(3).

5. In the case of a corporate debtor, the bankruptcy court has the authority to select the appropriate representative to appear on behalf of the corporation under Fed. R. Bankr. P. 9001(5). The appropriate corporate representative is the one that is actually "in control" of the corporate entity. *In re Ron San Realty*, 457 F. Supp. 994 (S.D.N.Y. 1978); *In re Muy Bueno Corp.*, 257 B.R. 843 (W.D. Tex. 2001).

6. Trustee has gathered certain information regarding the Debtor's financial affairs and Trustee anticipates making a distribution to creditors in this case and filing a Motion to Sell

307954:2:ATLANTA

certain assets of the Debtor. The Trustee cannot, however, complete his investigation and perform his required fiduciary duties unless a representative of the Debtor appears at the section 341 meeting of creditors.

7.  George M. Oliver may be the appropriate corporate representative as the putative shareholder currently in control of the Debtor on behalf of Alice Smith. Mr. Oliver has taken Ms. Smith 2004 exam in the Peterkin-Carolina case and has knowledge as to the Georgia operation of Peterkin. Alice D. Smith as President of the Debtor and majority shareholder (prior to filing her own Chapter 7 bankruptcy), can likely provide the Trustee with the most information about the Debtor's assets and liabilities. The Trustee seeks the entry of an order alternatively designating Mr. Oliver as the appropriate corporate representative of the Debtor for purposes of appearing at the 341 meeting of creditors or compelling Alice D. Smith to appear.

8.  In the event that some other person or entity may also be the appropriate representative to testify for the Debtor, a copy of this motion is being served on all creditors and each of the potential shareholders identified on the Corporate Ownership Statement.

**WHEREFORE**, the Trustee respectfully requests that the Court hold a hearing on this matter, designate the appropriate corporate representative for the Debtor as Mr. Oliver or compel Alice D. Smith to appear and testify on behalf of the Debtor at the section 341 meeting of creditors, and such other and further relief as the Court may deem just and proper.

Respectfully submitted this the 28th day of October, 2013.

/s/ Eric J. Breithaupt
ERIC J. BREITHAUPT
Georgia State Bar No. 596142

STITES & HARBISON, PLLC
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, GA 30308
(404) 739-8800 — Telephone
ebreithaupt@stites.com
Attorneys for S. Gregory Hays,
Chapter 7 Trustee for Peterkin & Associates of Georgia, Inc.

307954:2:ATLANTA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| PETERKIN AND ASSOCIATES OF ) | CASE NO. 13-66549- JEM |
| GEORGIA, Inc. ) | |
| ) | |
| Debtor. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing **TRUSTEE'S MOTION REQUESTING COURT TO DESIGNATE CORPORATE REPRESENTATIVE FOR THE DEBTOR AND TO COMPEL SUCH REPRESENTATIVE TO APPEAR AND TESTIFY AT SECTION 341 MEETING OF CREDITORS AND NOTICE OF HEARING** to be served by first class U.S. Mail, with adequate postage prepaid on the creditors and parties in interest listed on the attached Exhibit "A" and the following persons or entities at the addresses stated:

Office of the United States Trustee
75 Spring Street, SW, Room 362
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, NE, Suite 200
Atlanta, GA 30326

Peterkin and Associates of Georgia, Inc.
Suite 100-A
5538 Old National Hwy
Atlanta, Georgia 30349

George Mason Oliver, Esq.
Oliver Friesen Cheek PLLC
405 Middle Street
P.O. Box 1548
New Bern, NC 28560

307954:2:ATLANTA

This 28th day of October, 2013.

/s/ Eric J. Breithaupt
Eric J. Breithaupt
GA Bar No. 596142
ebreithaupt@stites.com
**STITES & HARBISON PLLC**
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, GA  30308
Telephone:  (404) 739-8800
Facsimile:  (404) 739-8870
COUNSEL FOR TRUSTEE

307954:2:ATLANTA

Exhibit "A"

Abimbola Taiwo
133 Hamilton Pointe Dr.
McDonough, GA 30253

Adult Resource Coalition
Attn: Managing Agent
1558 Venetian Dr.
Atlanta, GA 30314

Angela Muhammad
382 Holly Dr. SE
Atlanta, GA 30354

Cherinitta Mobley
223 Fletcher St. SW
Atlanta, GA 30315-2017

Cheron Crouch
3840 Shenfield Dr. #44
Union City, GA 30291

Cintas
Attn: Manager or Agent
1155 Gannibd Dr, NE, Ste D4200
Atlanta, GA 30328

City of Atlanta
Dept. of Watershed
55 Trinity Ave.
Atlanta, GA 30303

Comcast
Attn: Manager or Agent
3620 Camp Creek Pkwy, Ste 200
Atlanta, GA 30331

Conswelia Diggs
1008 Ardwick Ct.
Atlanta, GA 30354

Cool Minds, LLC
Attn: Manager or Agent
950 Dannon VW SW
Atlanta, GA 30331

D'Vetta Lee
5401 Old National Hwy Apt. 506
Atlanta, GA 30349

Dana J. Mosely
95 Rolling Hills Dr.
Jonesboro, GA 30238

DBHDD
Attn: Michael Link
100 Crescent Centre Pkwy
Tucker, GA 30084

Dept. of Labor State of GA
Attn: Managing Agent
148 Andrew Young International
Atlanta, GA 30303-1751

Dr. Hendry
Epiphany Healthcare
Attn: Manager or Agent
4405 Mall Blvd.
Union City, GA 30291

Epiphany Healthcare Systems
Attn: Managing Agent
4405 Mall Blvd., Ste 315
Union City, GA 30291

Esau McMorris
835 South Cobb Dr.
Marietta, GA 30060

GB Collects, LLC
Attn: Managing Agent
145 Bradford Dr.
West Berlin, NJ 08091

Georgia Power
Attn: Manager or Agent
96 Annex
Atlanta, GA 30396

307901:2:ATLANTA

Glenise Leslie
PO Box 545
Snellville, GA 30078

IRS
Attn: Managing Agent
PO Box 7346
Philadelphia, PA 19101-7317

Janice Duncan
Jannette Christophe
396 Piedmont NE
Apt. 7015/5445 N. Sheridan Rd.
Unit 3806
Atlanta, GA 30316

Jimmy Anderson
6374 Stablewood Way
Lithonia, GA 30058

Kymbyatta Evans
6496 Bellevue Dr. SW
Conyers, GA 30094

Lamarr Lewis
5216 McCarter Station
Stone Mountain, GA 30088

Leon Williams
1522 Crooked Tree Lane
Stone Mountain, GA 30088

Megan Belcher
1040 Beechcrest Rd. SW
Atlanta, GA 30311

Nairobi Cayold
526 Penny Lane
Marietta, GA 30067

Next Step Staffing, Inc.
Attn: Managing Agent
2001 Martin Luther King, Jr.
Atlanta, GA 30310

Pamela Lyons
1207 Elena Way
Woodstock, GA 30188

Reaves and Associates, Inc.
c/o Darlene Reaves
13000 S. Tryon St., Ste F134
Charlotte, NC 28278

Reaves and Associates, Inc.
c/o Darlene Reaves
13000 S. Tryon St., Ste F#134
Charlotte, NC 28278

S.E.P.I, LLC
Attn: Managing Agent
PO Box 1387
Fayetteville, GA 30214

Sheila Lee
1784 Consitution Road SE
Atlanta, GA 30316-4706

State of GA Dept. of Revenue
PO Box 49432
Atlanta, GA 30359

Tommillia Greene
5850 Hillandale Dr. Apt. 333
Lithonia, GA 30058

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta GA 30303

Uchenna Mgbelu
1900 Gingham Way
Lithonia, GA 30058

307901:2:ATLANTA

Trazzia Wallace
54 Chappell Rd.
Atlanta, Georgia 30310

Conswelia R. Diggs
2444 Nugget Lane
Tallahassee, Florida 32303

Dr. Norma McLaughlin
1402 Hope Loop Rd.
Fayetteville, NC 28314

Harold McLain, Jr.
5529 Lawnwood Drive
Fayetteville, NC 28304

Joshua Shakoor
268 Dockery Rd.
Raeford, NC 28376

Nomfundo Leslie
4300 Braemar Place
Fayetteville, NC 28314

Vanderpool Rudder
1008 Ardwick Ct.
Atlanta, Georgia 30354

Vonswelia R. Harrington
723 Edgehill Rd.
Fayetteville, NC 28314