UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Peterkin and Associates of Georgia, Inc.**
Suite 100–A
5538 Old National Hwy
Atlanta, GA 30349

**26–4582015**

Case No.: **13–66549–crm**
Chapter: **7**
Judge: **C. Ray Mullins**

## ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

*[Signature: C. Ray Mullins]*

C. Ray Mullins
United States Bankruptcy Judge

Dated:  May 20, 2015
Form 183