**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:  PETERKIN AND ASSOCIATES OF        §    Case No. 13-66549-JWC
        GEORGIA,                          §
                                          §
                                          §

                    Debtor(s)

---

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/31/2013. The undersigned trustee was appointed on 07/31/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of           $           64,091.10

                    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 1,069.51 |
| Administrative expenses | 48,065.01 |
| Bank service fees | 818.14 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 14,138.44 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/16/2014 and the deadline for filing governmental claims was 04/16/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,454.56. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $5,500.41 as interim compensation and now requests the sum of $954.15, for a total compensation of $6,454.56[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $257.48 and now requests reimbursement for expenses of $116.60 for total expenses of $374.08[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>08/21/2019</u>                    By: <u>/s/ S. Gregory Hays</u>
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 1

**Case No.:** 13-66549-JWC

**Case Name:** PETERKIN AND ASSOCIATES OF GEORGIA,

**For Period Ending:** 08/21/2019

**Trustee Name:** (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):** 07/31/2013 (f)

**§ 341(a) Meeting Date:** 09/04/2013

**Claims Bar Date:** 04/16/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1/3 Interest in House at 54 Chappell Road, Atl | 7,933.33 | 7,933.33 | | 6,000.00 | FA |
| 2 | Wells Fargo Checking account (ending in 6060) Ba | 55.82 | 55.82 | | 5.92 | FA |
| 3 | Wells Fargo Checking account (ending in 2891) Ba | 14,112.72 | 14,112.72 | | 30,467.23 | FA |
| 4 | SunTrust Checking account (ending in 2561) Balan | 238.08 | 238.08 | | 238.08 | FA |
| 5 | SunTrust Checking account (ending in 3015) Balan | 291.43 | 291.43 | | 241.43 | FA |
| 6 | Misc. Household Goods | Unknown | 0.00 | | 0.00 | FA |
| 7 | Dept. of Behavioral Health and Developmental Dis | Unknown | 0.00 | | 14,138.44 | FA |
| 8 | 2006 Dodge Grand Caravan | Unknown | 1,500.00 | | 1,000.00 | FA |
| 9 | Misc. Office Equipment and Supplies | Unknown | 0.00 | | 0.00 | FA |
| 10 | Other 2/3 Interest in house at 54 Chappell Road (u)<br>Transferred to Trustee per Adversary # 14-05071 | 0.00 | 15,833.67 | | 12,000.00 | FA |
| 11 | Rent - 54 Chappell Road, Atlanta (u) | Unknown | 0.00 | | 0.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$22,631.38** | **$39,965.05** | | **$64,091.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

On May 15, 2015, the trustee filed his final account. On May 20, 2015, the Court approved the trustee's final account and closed the case. The Trustee received $14,134.14 from Medicaid and an Order reopening the case was entered on April 20, 2016. The Trustee has completed all required tax returns.

**Initial Projected Date Of Final Report (TFR):** 12/31/2015

**Current Projected Date Of Final Report (TFR):** 06/28/2019 (Actual)

08/21/2019
_____
Date

/s/S. Gregory Hays
_____
S. Gregory Hays

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-66549-JWC | |
| **Case Name:** | PETERKIN AND ASSOCIATES OF GEORGIA, | |
| **Taxpayer ID #:** | **-***2015 | |
| **For Period Ending:** | 08/21/2019 | |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5766 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/23/13 | | SunTrust | Closed accounts 2561,3015, 3007 | | 479.51 | | 479.51 |
| | {4} | | Acct ending in 2561 $238.08 | 1129-000 | | | 479.51 |
| | {5} | | Acct ending in 3015 $241.43 | 1129-000 | | | 479.51 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 469.51 |
| 09/17/13 | 101 | Tommillia Greene | Services provided 8/27/13 - 8/29/13 Voided on 09/17/2013 | 2990-000 | | 198.00 | 271.51 |
| 09/17/13 | 101 | Tommillia Greene | Services provided 8/27/13 - 8/29/13 Voided on 09/17/2013 | 2990-000 | | -198.00 | 469.51 |
| 09/17/13 | 102 | Lamarr  Eugene Lewis | Services rendered 9/5/13 Voided on 09/17/2013 | 2990-000 | | 66.00 | 403.51 |
| 09/17/13 | 102 | Lamarr  Eugene Lewis | Services rendered 9/5/13 Voided on 09/17/2013 | 2990-000 | | -66.00 | 469.51 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 459.51 |
| 10/08/13 | {2} | Wells Fargo | Exception payments / Close of bank account. | 1129-000 | 5.92 | | 465.43 |
| 10/08/13 | {3} | Wells Fargo | Exception payments / Close of bank account. | 1129-000 | 30,467.23 | | 30,932.66 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.33 | 30,898.33 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.47 | 30,856.86 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.82 | 30,808.04 |
| 01/23/14 | {1} | Next Step Staffing, Inc. | Rent - two months applied to purchase of real property per order, Docket # 48. | 1110-000 | 1,000.00 | | 31,808.04 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.12 | 31,761.92 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.63 | 31,719.29 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.10 | 31,675.19 |
| 04/02/14 | {1} | Ricky Brown | Rent - April 2014 Rent - applied to purchase of real property per order, Docket # 48. | 1110-000 | 500.00 | | 32,175.19 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.22 | 32,125.97 |
| 05/15/14 | {1} | Next Step Staffing | Rent for 54 Chappell Rd - applied | 1110-000 | 500.00 | | 32,625.97 |

| | | Page Subtotals: | $32,952.66 | $326.69 |
|---|---|---|---|---|

{ } Asset Reference(s)          UST Form 101-7-TFR (5/1/2011)          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-66549-JWC |
| **Case Name:** | PETERKIN AND ASSOCIATES OF GEORGIA, |
| **Taxpayer ID #:** | **-***2015 |
| **For Period Ending:** | 08/21/2019 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5766 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | to purchase of real property per order, Docket # 48.. | | | | |
| 05/15/14 | {1} | Next Step Staffing | Rent for 54 Chappell Rd. - applied to purchase of real property per order, Docket # 48. | 1110-000 | 1,000.00 | | 33,625.97 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.99 | 33,578.98 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.68 | 33,532.30 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.05 | 33,479.25 |
| 08/11/14 | {1} | Next Step Staffing Inc | Rent for 54 Chappell Rd.Rent - applied to purchase of real property per order, Docket # 48. | 1110-000 | 500.00 | | 33,979.25 |
| 08/12/14 | | Ricky Brown | Purchase of 54 Chappell Rd per order dkt # 48. | | 14,000.00 | | 47,979.25 |
| | {1} | | Purchase of 54 Chappell Rd per order dkt # 48.     $2,000.00 | 1110-000 | | | 47,979.25 |
| | {10} | | Purchase of 54 Chappell Rd per order dkt # 48.     $12,000.00 | 1210-000 | | | 47,979.25 |
| 08/22/14 | {1} | Stites & Harbison PLLC | From Rickey Brown - applied to purchase of real property per order, Docket # 48. | 1110-000 | 500.00 | | 48,479.25 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.11 | 48,422.14 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.29 | 48,347.85 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.85 | 48,276.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.49 | 48,213.51 |
| 12/16/14 | | Hays Financial Consulting, LLC | Cash proceeds from sale of 2006 Dodge Caravan per order, Doc. No. 32. | | 600.00 | | 48,813.51 |
| | {8} | Efren Pineda | Gross sale price. Sold per order, doc. no. 32.     $1,000.00 | 1129-000 | | | 48,813.51 |
| | | Adesa | Auction house fee paid per order, doc. no. 32.     -$120.00 | 2500-000 | | | 48,813.51 |
| | | Allen Stanley | Broker fee paid per order, doc. no. 32.     -$280.00 | 3991-500 | | | 48,813.51 |
| | | | **Page Subtotals:** | | **$16,600.00** | **$412.46** | |

## Form 2

Exhibit B

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-66549-JWC |
| **Case Name:** | PETERKIN AND ASSOCIATES OF GEORGIA, |
| **Taxpayer ID #:** | **-***2015 |
| **For Period Ending:** | 08/21/2019 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5766 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.99 | 48,734.52 |
| 03/04/15 | 103 | Jodeco Lock & Key | Invoice 8/3/13 per court order docket #42 - VOIDED Voided on 03/04/2015 | 2990-000 | | 440.00 | 48,294.52 |
| 03/04/15 | 103 | Jodeco Lock & Key | Invoice 8/3/13 per court order docket #42 - VOIDED Voided on 03/04/2015 | 2990-000 | | -440.00 | 48,734.52 |
| 04/09/15 | 104 | Hays Financial Consulting, LLC | Per court order, docket #71 and Dividend Distribution Report, Docket #70. | | | 18,305.26 | 30,429.26 |
| | | | Accountant Fees awarded per Order, Dkt #71. $16,117.50 | 3310-000 | | | 30,429.26 |
| | | | Accountant Expenses awarded per Order, Dkt #71. $2,187.76 | 3320-000 | | | 30,429.26 |
| 04/09/15 | 105 | Stites & Harbison, PLLC | Per court order, docket #71 and Dividend Distribution Report, Docket #70. | | | 23,321.35 | 7,107.91 |
| | | | Attorny fees awarded per Order, Dkt #71. $22,539.31 | 3210-000 | | | 7,107.91 |
| | | | Attorny expenses awarded per Order, Dkt #71. $782.04 | 3220-000 | | | 7,107.91 |
| 04/09/15 | 106 | S. Gregory Hays | Per court order, docket #71 and Dividend Distribution Report, Docket #70. | | | 5,757.89 | 1,350.02 |
| | | | Trustee commission awarded per Order, Dkt #71. $5,500.41 | 2100-000 | | | 1,350.02 |
| | | | Trustee expenses awarded per Order, Dkt #71. $257.48 | 2200-000 | | | 1,350.02 |
| 04/09/15 | 107 | Clerk, United States Bankruptcy Court | Special Charges per TFR (Dkt#67), NFR(Dkt#68) and Dividend Distribution Report (Dkt#70). | 2700-000 | | 280.51 | 1,069.51 |
| 04/09/15 | 108 | Ricky Brown | Paid per TFR (Dkt#67), NFR(Dkt#68) and Dividend Distribution Report (Dkt#70). | 4700-000 | | 1,069.51 | 0.00 |
| | | | **Page Subtotals:** | | **$0.00** | **$48,813.51** | |

## Form 2

Exhibit B
Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-66549-JWC | |
| **Case Name:** | PETERKIN AND ASSOCIATES OF GEORGIA, | |
| **Taxpayer ID #:** | **-***2015 | |
| **For Period Ending:** | 08/21/2019 | |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5766 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 49,552.66 | 49,552.66 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 49,552.66 | 49,552.66 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $49,552.66 | $49,552.66 | |

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-66549-JWC | |
| **Case Name:** | PETERKIN AND ASSOCIATES OF GEORGIA, | |
| **Taxpayer ID #:** | **-***2015 | |
| **For Period Ending:** | 08/21/2019 | |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2500 Checking |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/19/16 | {7} | State of Georgia | Medicaid check for pre-petition billing. | 1121-000 | 14,138.44 | | 14,138.44 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 14,128.44 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.26 | 14,108.18 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.64 | 14,086.54 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.90 | 14,067.64 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.90 | 14,046.74 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.85 | 14,027.89 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.19 | 14,005.70 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.14 | 13,985.56 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.44 | 13,966.12 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.09 | 13,944.03 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.38 | 13,924.65 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.36 | 13,903.29 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.99 | 13,883.30 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.30 | 13,864.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.93 | 13,842.07 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.58 | 13,823.49 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.88 | 13,803.61 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.19 | 13,784.42 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.80 | 13,762.62 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.13 | 13,743.49 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.08 | 13,722.41 |

| | | | | **Page Subtotals:** | **$14,138.44** | **$416.03** | |

Exhibit B
Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-66549-JWC | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | PETERKIN AND ASSOCIATES OF GEORGIA, | **Bank Name:** | Rabobank, N.A. |
| | | **Account #:** | ******2500 Checking |
| **Taxpayer ID #:** | **-***2015 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| **For Period Ending:** | 08/21/2019 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.39 | 13,702.02 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.50 | 13,691.52 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.37 | 13,679.15 |
| 08/19/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -459.29 | 14,138.44 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **14,138.44** | **0.00** | **$14,138.44** |
| Less: Bank Transfers/CDs | 0.00 | **0.00** | |
| **Subtotal** | **14,138.44** | **0.00** | |
| Less: Payments to Debtors | | **0.00** | |
| **NET Receipts / Disbursements** | **$14,138.44** | **$0.00** | |

Exhibit B
Page: 7

## Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-66549-JWC | | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | PETERKIN AND ASSOCIATES OF GEORGIA, | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account #:** | ******2500 Checking |
| **Taxpayer ID #:** | **-***2015 | | **Blanket Bond (per case limit):** | $30,203,000.00 |
| **For Period Ending:** 08/21/2019 | | | **Separate Bond (if applicable):** N/A |

| | |
|---|---:|
| Net Receipts: | $63,691.10 |
| Plus Gross Adjustments: | $400.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $64,091.10 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5766 Checking Account | $49,552.66 | $49,552.66 | $0.00 |
| ******2500 Checking | $14,138.44 | $0.00 | $14,138.44 |
| | **$63,691.10** | **$49,552.66** | **$14,138.44** |

| | |
|---|---|
| 08/21/2019 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

### Case: 13-66549-JWC          PETERKIN AND ASSOCIATES OF GEORGIA,

Claims Bar Date: 04/16/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 28 | Ricky Brown<br>54 Chappell Road<br>Atlanta, GA 30310<br><4700-000 Real Property Tax Liens (pre-petition)><br>, 100 | Secured<br><br>07/31/13 | | $1,069.51<br>$1,069.51 | $1,069.51 | $0.00 |
| ADM1 | S. GREGORY HAYS<br>2964 Peachtree Road NW, Ste 555<br>SUITE 200, EAST TOWER<br>Atlanta, GA 30305<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br><br>06/26/19 | | $374.08<br>$374.08 | $257.48 | $116.60 |
| | $268.94 previous awarded (Doc. No. 71) and $257.48 paid. Trustee amended final application to request an additional $105.14. | | | | | |
| ADM3 | Hays Financial Consulting, LLC<br>2964 Peachtree Road NW, Ste 555<br>Atlanta, GA 30305<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br><br>07/31/13 | | $24,635.00<br>$24,635.00 | $16,117.50 | $8,517.50 |
| | $16,835.00 previous awarded (Doc. No. 71) and $16,117.50 paid. Amended final application to request an additional $7,800.00. | | | | | |
| ADM4 | Hays Financial Consulting, LLC<br>2964 Peachtree Road NW, Ste 555<br>Atlanta, GA 30305<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br><br>07/31/13 | | $2,386.70<br>$2,386.70 | $2,187.76 | $198.94 |
| | $2,285.15 previous awarded (Doc. No. 71) and $2,187.76 paid. Amended final application to request an additional $101.55. | | | | | |
| ADM5 | Stites & Harbison, PLLC<br>303 Peachtree Street NE<br>2800 SunTrust Plaza<br>Atlanta, GA 30308<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br><br>07/31/13 | | $23,777.70<br>$23,542.70 | $22,539.31 | $1,003.39 |

Page: 2

# Exhibit C

## Analysis of Claims Register

**Case: 13-66549-JWC**                    **PETERKIN AND ASSOCIATES OF GEORGIA,**

Claims Bar Date: 04/16/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM6 | Stites & Harbison, PLLC<br>303 Peachtree Street NE<br>2800 SunTrust Plaza<br>Atlanta, GA 30308<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>07/31/13 | | $816.85<br>$816.85 | $782.04 | $34.81 |
| ADM7 | Clerk, United States Bankruptcy Court<br>1340 United States Bankruptcy Court<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br><2700-000 Clerk of the Court Fees><br>, 200 | Administrative<br>07/31/13 | | $553.00<br>$553.00 | $280.51 | $272.49 |
| | $293.00 previous allowed on TFR  (Doc. No. 70) and $280.51 previously paid. Amount due includes $12.49 unpaid from Doc No. 64 plus deferred filing Fee of $260 for case reopening  (Doc. No. 90). | | | | | |
| FEE | S. GREGORY HAYS<br>2694 Peachtree Rd, NW<br>Suite 555<br>ATLANTA, GA 30305<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>07/31/13 | | $6,454.56<br>$6,454.56 | $5,500.41 | $954.15 |
| | $5,745.27 previous awarded (Doc. No. 71) and $5,500.41 paid. Trustee amended final application to request an additional $709.26. | | | | | |
| | Georgia Department of Labor,<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority | | $0.00<br>$1,317.12 | $0.00 | $1,317.12 |

Employer GA SUTA Distribution:

| | | | |
|---|---|---|---|
| Claim | 7 | $ 273.38 | Pamela Lyons |
| Claim | 8 | $ 46.66 | D'Vetta Lee |
| Claim | 10 | $ 142.32 | Sheila Lee |
| Claim | 11 | $ 49.98 | Leon Williams |
| Claim | 13 | $ 198.45 | Darius Cooper |
| Claim | 15 | $ 93.11 | Montigus M. Jackson |
| Claim | 18 | $ 240.21 | Jimmy Anderson |
| Claim | 23 | $ 273.01 | Keera Chavis |

[

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

### Case: 13-66549-JWC          PETERKIN AND ASSOCIATES OF GEORGIA,

Claims Bar Date: 04/16/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Internal Revenue Service<br>1145 Pine Lake Drive<br>Grayson, GA 30017<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority | | $0.00<br>$1,008.15 | $0.00 | $1,008.15 |

Employee FICA Distribution:

| | | | | |
|---|---|---|---|---|
| Claim | 7 | $ 209.25 | Pamela Lyons |
| Claim | 8 | $ 35.71 | D'Vetta Lee |
| Claim | 10 | $ 108.94 | Sheila Lee |
| Claim | 11 | $ 38.25 | Leon Williams |
| Claim | 13 | $ 151.90 | Darius Cooper |
| Claim | 15 | $ 71.27 | Montigus M. Jackson |
| Claim | 18 | $ 183.86 | Jimmy Anderson |
| Claim | 23 | $ 208.97 | Keera Chavis |

[

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Internal Revenue Service<br>1145 Pine Lake Drive<br>Grayson, GA 30017<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority | | $0.00<br>$235.78 | $0.00 | $235.78 |

Employee Medicare Distribution:

| | | | | |
|---|---|---|---|---|
| Claim | 7 | $ 48.94 | Pamela Lyons |
| Claim | 8 | $ 8.35 | D'Vetta Lee |
| Claim | 10 | $ 25.48 | Sheila Lee |
| Claim | 11 | $ 8.95 | Leon Williams |
| Claim | 13 | $ 35.52 | Darius Cooper |
| Claim | 15 | $ 16.67 | Montigus M. Jackson |
| Claim | 18 | $ 43.00 | Jimmy Anderson |
| Claim | 23 | $ 48.87 | Keera Chavis |

[

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Internal Revenue Service<br>1145 Pine Lake Drive<br>Grayson, GA 30017<br><5800-000 Claims of Governmental Units - §<br>507(a)(8)><br>, 570 | Priority | | $0.00<br>$1,008.15 | $0.00 | $1,008.15 |

UST Form 101-7-TFR (5/1/2011)

Page: 4

## Exhibit C

## Analysis of Claims Register

**Case:** **13-66549-JWC**          **PETERKIN AND ASSOCIATES OF GEORGIA,**

Claims Bar Date: 04/16/14

| Claim No. | Claimant Name/<br><Category>, Priority | | | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|---|---|
| | Employer FICA Distribution: | | | | | | | |
| | Claim | 7 | $ 209.25 | Pamela Lyons | | | | |
| | Claim | 8 | $ 35.71 | D'Vetta Lee | | | | |
| | Claim | 10 | $ 108.94 | Sheila Lee | | | | |
| | Claim | 11 | $ 38.25 | Leon Williams | | | | |
| | Claim | 13 | $ 151.90 | Darius Cooper | | | | |
| | Claim | 15 | $ 71.27 | Montigus M. Jackson | | | | |
| | Claim | 18 | $ 183.86 | Jimmy Anderson | | | | |
| | Claim | 23 | $ 208.97 | Keera Chavis | | | | |
| | [ | | | | | | | |
| | Internal Revenue Service<br>1145 Pine Lake Drive<br>Grayson, GA 30017<br><5800-000 Claims of Governmental Units - §<br>507(a)(8)><br>, 570 | | | Priority | | $0.00<br>$235.78 | $0.00 | $235.78 |
| | Employer Medicare Distribution: | | | | | | | |
| | Claim | 7 | $ 48.94 | Pamela Lyons | | | | |
| | Claim | 8 | $ 8.35 | D'Vetta Lee | | | | |
| | Claim | 10 | $ 25.48 | Sheila Lee | | | | |
| | Claim | 11 | $ 8.95 | Leon Williams | | | | |
| | Claim | 13 | $ 35.52 | Darius Cooper | | | | |
| | Claim | 15 | $ 16.67 | Montigus M. Jackson | | | | |
| | Claim | 18 | $ 43.00 | Jimmy Anderson | | | | |
| | Claim | 23 | $ 48.87 | Keera Chavis | | | | |
| | [ | | | | | | | |
| | Internal Revenue Service (Futa)<br>PO Box 804521<br>Cincinnati, OH 45280-4521<br><5800-000 Claims of Governmental Units - §<br>507(a)(8)><br>, 570 | | | Priority | | $0.00<br>$97.56 | $0.00 | $97.56 |

Page: 5

# Exhibit C

## Analysis of Claims Register

Case: 13-66549-JWC                    PETERKIN AND ASSOCIATES OF GEORGIA,

Claims Bar Date: 04/16/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Employer FUTA Distribution: | | | | | |
| | Claim 7 $ 20.25 | Pamela Lyons | | | | |
| | Claim 8 $ 3.46 | D'Vetta Lee | | | | |
| | Claim 10 $ 10.54 | Sheila Lee | | | | |
| | Claim 11 $ 3.70 | Leon Williams | | | | |
| | Claim 13 $ 14.70 | Darius Cooper | | | | |
| | Claim 15 $ 6.90 | Montigus M. Jackson | | | | |
| | Claim 18 $ 17.79 | Jimmy Anderson | | | | |
| | Claim 23 $ 20.22 | Keera Chavis | | | | |
| | [ | | | | | |
| 1 | Sheila Lee<br>1784 Consitution Road SE<br>Atlanta, GA 30316-4706<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>08/15/13 | | $4,800.00<br>$0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 51. See POC # 10.<br>[Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |
| 2P | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19101-7317<br><5800-000 Claims of Governmental Units - §<br>507(a)(8)><br>, 570 | Priority<br>01/23/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | MEMO: Filed as priority claim for $30,924.91. Replaced by POC # 2P-2 and 2P-3. | | | | | |
| 2P-2 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19101-7317<br><5800-000 Claims of Governmental Units - §<br>507(a)(8)><br>, 570 | Priority<br>01/23/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | MEMO: Filed as priority claim for $30,924.91. Replaced by POC 2P-3. | | | | | |
| 2P-3 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19101-7317<br><5800-000 Claims of Governmental Units - §<br>507(a)(8)><br>, 570 | Priority<br>01/23/14 | | $30,924.91<br>$30,924.91 | $0.00 | $30,924.91 |
| | MEMO: Replaces POC # 2P and 2P-2. | | | | | |

UST Form 101-7-TFR (5/1/2011)

Page: 6

# Exhibit C

## Analysis of Claims Register

Case: 13-66549-JWC                    PETERKIN AND ASSOCIATES OF GEORGIA,

Claims Bar Date: 04/16/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Nairobi Cayold 526 Penny Lane Marietta, GA 30067 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 01/24/14 | | $4,500.00 $0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 51. [Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |
| 4 | Sheila Lee 1784 Consitution Road SE Atlanta, GA 30316-4706 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 02/07/14 | | $5,448.00 $0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 51. See POC # 10. [Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |
| 5 | Epiphany Healthcare Systems Inc. 4405 Mall Blvd., Ste 315 Union City, GA 30291 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 02/04/14 | | $24,369.95 $0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 51. [Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |
| 6 | Pamela Lyons 1207 Elena Way Woodstock, GA 30188 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 02/04/14 | | $3,500.00 $0.00 | $0.00 | $0.00 |
| | Duplicated by POC # 7. Disallowed per Order, Dkt # 51. [Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |
| 7 | Pamela Lyons 1207 Elena Way Woodstock, GA 30188 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 03/17/14 | | $3,500.00 $3,116.81 | $0.00 | $3,116.81 |
| | MEMO: Claim allowed as priority wage claim for $3,375 per Order, Dkt # 51. [Gross Wage $3375.00 Less Taxes = Net $3116.81 FICA $209.25 Medicare $48.94] | | | | | |
| 8 | D'Vetta Lee 5401 Old National Hwy, Apt. 506 Atlanta, GA 30349 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 03/18/14 | | $5,532.84 $531.94 | $0.00 | $531.94 |

# Exhibit C

## Analysis of Claims Register

### Case: 13-66549-JWC          PETERKIN AND ASSOCIATES OF GEORGIA,

Claims Bar Date: 04/16/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | MEMO: Claim allowed as priorirty wage claim for $576.00 per Order, Dkt # 51. [Gross Wage $576.00 Less Taxes = Net $531.94 FICA $35.71 Medicare $8.35] | | | | | |
| 9 | Sharon Holder 892 Haydens Ridge Ellenwood, GA 30294 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 03/19/14 | | $560.00 $0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 51. [Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |
| 10 | Sheila Lee 1784 Consitution Road SE Atlanta, GA 30316-4706 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 03/18/14 | | $7,028.24 $1,622.64 | $0.00 | $1,622.64 |
| | MEMO: Claim allowed as priorirty wage claim for $1,757.06 per Order, Dkt # 51. [Gross Wage $1757.06 Less Taxes = Net $1622.64 FICA $108.94 Medicare $25.48] | | | | | |
| 11 | Leon Williams 1522 Crooked Tree Lane Stone Mountain, GA 30088 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 03/20/14 | | $617.00 $569.80 | $0.00 | $569.80 |
| | MEMO: Claim reclassifed as priority wage claim per Order, Dkt # 51. [Gross Wage $617.00 Less Taxes = Net $569.80 FICA $38.25 Medicare $8.95] | | | | | |
| 12 | Janette Christophe 5445 N. Sheridan Rd, Unit 3806 Chicago, IL 60640 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 03/24/14 | | $3,200.00 $0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 51. [Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |
| 13 | Darius Cooper 3939 East Lavista Rd #139 Tucker, GA 30084 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 03/27/14 | | $45,000.00 $2,262.58 | $0.00 | $2,262.58 |
| | Claim allowed at $2,450 per Order, Dkt # 51. [Gross Wage $2450.00 Less Taxes = Net $2262.58 FICA $151.90 Medicare $35.52] | | | | | |

Page: 8

## Exhibit C

## Analysis of Claims Register

Case: 13-66549-JWC                    PETERKIN AND ASSOCIATES OF GEORGIA,

Claims Bar Date: 04/16/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | Abimbola Taiwo<br>133 Hamilton Pointe Dr.<br>McDonough, GA 30253<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>03/28/14 | | $1,273.00<br>$0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 51.<br>[Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |
| 15 | Montigus M. Jackson<br>7614 Birdsview Dr.<br>Fairburn, GA 30213<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>04/03/14 | | $1,149.50<br>$1,061.56 | $0.00 | $1,061.56 |
| | [Gross Wage $1149.50 Less Taxes = Net $1061.56 FICA $71.27 Medicare $16.67] | | | | | |
| 18 | Jimmy Anderson<br>6374 Stablewood Way<br>Lithonia, GA 30058<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>04/10/14 | | $2,965.55<br>$2,738.69 | $0.00 | $2,738.69 |
| | [Gross Wage $2965.55 Less Taxes = Net $2738.69 FICA $183.86 Medicare $43.00] | | | | | |
| 19 | Conswelia Diggs<br>1008 Ardwick Ct. SE<br>Atlanta, GA 30354<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>04/14/14 | | $960.00<br>$0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 51.<br>[Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |
| 20 | Vanterpool Rudder<br>1008 Ardwick Ct SE<br>Atlanta, GA 30354<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>04/14/14 | | $832.50<br>$0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 51.<br>[Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |
| 21 | Shelia Wylethia Zackery<br>405 Fairburn Rd #102<br>Atlanta, GA 30331<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>04/14/14 | | $750.00<br>$0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 51.<br>[Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |

Page: 9

# Exhibit C

## Analysis of Claims Register

Case: 13-66549-JWC                     PETERKIN AND ASSOCIATES OF GEORGIA,

Claims Bar Date: 04/16/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 22 | Adrienne White 6371 Wedgewood Trace Tucker, GA 30084 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 04/09/14 | | $4,167.04 $0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 51. [Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |
| 23 | Keera Chavis 1328 Woodridge Dr Atlanta, GA 30339 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 04/16/14 | | $3,492.00 $3,112.66 | $0.00 | $3,112.66 |
| | MEMO: Claim allowed as priorirty wage claim for $3,370.50 per Order, Dkt # 51. [Gross Wage $3370.50 Less Taxes = Net $3112.66 FICA $208.97 Medicare $48.87] | | | | | |
| 24 | Lamarr Lewis 5216 McCarter Station Stone Mountain, GA 30088 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 04/17/14 | | $4,833.00 $0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 51. [Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |
| 26 | Tommillia C. Greene 9102 Walden Brook Dr. Lithonia, GA 30038 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 04/17/14 | | $3,600.00 $0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 51. [Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |
| 27 | Glenise Leslie 1145 Pine Lake Drive Grayson, GA 30017 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 04/17/14 | | $1,000.00 $0.00 | $0.00 | $0.00 |
| | Claim disallowed per Order, Dkt # 51. [Gross Wage $0.00 Less Taxes = Net $0.00] | | | | | |

Page: 10

## Exhibit C

## Analysis of Claims Register

Case: 13-66549-JWC                    PETERKIN AND ASSOCIATES OF GEORGIA,

Claims Bar Date: 04/16/14

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2U | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19101-7317<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/23/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | MEMO: Filed as unsecured claim for $5,409.85. Replaced by POC # 2U-2 and 2U-3. | | | | | |
| 2U-2 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19101-7317<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/23/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | MEMO: Filed as unsecured claim for $5,409.85. Replaced by POC #2U-3. | | | | | |
| 2U-3 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19101-7317<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/23/14 | | $5,409.85<br>$5,409.85 | $0.00 | $5,409.85 |
| | MEMO: Replaces POC # 2U and 2U-2. | | | | | |
| 16 | Cool Minds Group, LLC<br>950 Dannon View Suite 4102<br>Atlanta, GA 30331<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/07/14 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | MEMO: Filed as $6,300 unsecured claim.  Replaced by POC # 16-2. | | | | | |
| 16 -2 | Cool Minds Group, LLC<br>950 Dannon View Suite 4102<br>Atlanta, GA 30331<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/07/14 | | $6,300.00<br>$6,300.00 | $0.00 | $6,300.00 |
| 17 | Uchenna Mgbelu<br>1900 Gingham Way<br>Lithonia, GA 30058<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/09/14 | | $2,720.00<br>$2,720.00 | $0.00 | $2,720.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 11

## Exhibit C

## Analysis of Claims Register

**Case: 13-66549-JWC**                    **PETERKIN AND ASSOCIATES OF GEORGIA,**

Claims Bar Date: 04/16/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 25 | Nicanor A. Smith 4297 Joshua Crossing Stone Mountain, GA 30083 <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 04/17/14 | | $7,178.00 $7,178.00 | $0.00 | $7,178.00 |
| | MEMO: Allowed as subordiated allowed, untimely filed claims per Order, Dkt # 51. | | | | | |

|  |  |  | **Case Total:** | **$48,734.52** | **$82,549.86** |
|---|---|---|---|---|---|

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-66549-JWC
Case Name: PETERKIN AND ASSOCIATES OF GEORGIA,
Trustee Name: S. Gregory Hays

**Balance on hand:** $                14,138.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 28 | Ricky Brown | 1,069.51 | 1,069.51 | 1,069.51 | 0.00 |

Total to be paid to secured creditors: $                0.00
Remaining balance: $                14,138.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. GREGORY HAYS | 6,454.56 | 5,500.41 | 954.15 |
| Trustee, Expenses - S. GREGORY HAYS | 374.08 | 257.48 | 116.60 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 24,635.00 | 16,117.50 | 8,517.50 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 2,386.70 | 2,187.76 | 198.94 |
| Charges, U.S. Bankruptcy Court | 553.00 | 280.51 | 272.49 |
| Attorney for Trustee Fees (Other Firm) - Stites & Harbison, PLLC | 23,542.70 | 22,539.31 | 1,003.39 |
| Attorney for Trustee Expenses (Other Firm) - Stites & Harbison, PLLC | 816.85 | 782.04 | 34.81 |

Total to be paid for chapter 7 administrative expenses: $                11,097.88
Remaining balance: $                3,040.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $                0.00
Remaining balance: $                3,040.56

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $49,844.13 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Sheila Lee | 0.00 | 0.00 | 0.00 |
| 2P | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 2P-2 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 2P-3 | INTERNAL REVENUE SERVICE | 30,924.91 | 0.00 | 0.00 |
| 3 | Nairobi Cayold | 0.00 | 0.00 | 0.00 |
| 4 | Sheila Lee | 0.00 | 0.00 | 0.00 |
| 5 | Epiphany Healthcare Systems Inc. | 0.00 | 0.00 | 0.00 |
| 6 | Pamela Lyons | 0.00 | 0.00 | 0.00 |
| 7 | Pamela Lyons | 3,375.00 | 0.00 | 631.09 |
| 8 | D'Vetta Lee | 576.00 | 0.00 | 107.71 |
| 9 | Sharon Holder | 0.00 | 0.00 | 0.00 |
| 10 | Sheila Lee | 1,757.06 | 0.00 | 328.55 |
| 11 | Leon Williams | 617.00 | 0.00 | 115.37 |
| 12 | Janette Christophe | 0.00 | 0.00 | 0.00 |
| 13 | Darius Cooper | 2,450.00 | 0.00 | 458.12 |
| 14 | Abimbola Taiwo | 0.00 | 0.00 | 0.00 |
| 15 | Montigus M. Jackson | 1,149.50 | 0.00 | 214.95 |
| 18 | Jimmy Anderson | 2,965.55 | 0.00 | 554.53 |
| 19 | Conswelia Diggs | 0.00 | 0.00 | 0.00 |
| 20 | Vanterpool Rudder | 0.00 | 0.00 | 0.00 |
| 21 | Shelia Wylethia Zackery | 0.00 | 0.00 | 0.00 |
| 22 | Adrienne White | 0.00 | 0.00 | 0.00 |
| 23 | Keera Chavis | 3,370.50 | 0.00 | 630.24 |
| 24 | Lamarr Lewis | 0.00 | 0.00 | 0.00 |
| 26 | Tommillia C. Greene | 0.00 | 0.00 | 0.00 |
| 27 | Glenise Leslie | 0.00 | 0.00 | 0.00 |
|  | Internal Revenue Service | 1,008.15 | 0.00 | 0.00 |
|  | Internal Revenue Service | 235.78 | 0.00 | 0.00 |
|  | Internal Revenue Service (Futa) | 97.56 | 0.00 | 0.00 |
|  | Georgia Department of Labor | 1,317.12 | 0.00 | 0.00 |

Total to be paid for priority claims:   $   3,040.56
Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,429.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2U | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 2U-2 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 2U-3 | INTERNAL REVENUE SERVICE | 5,409.85 | 0.00 | 0.00 |
| 16 | Cool Minds Group, LLC | 0.00 | 0.00 | 0.00 |
| 16 -2 | Cool Minds Group, LLC | 6,300.00 | 0.00 | 0.00 |
| 17 | Uchenna Mgbelu | 2,720.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $7,178.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 25 | Nicanor A. Smith | 7,178.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00