UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| PETERKIN AND ASSOCIATES OF GEORGIA, INC. | : | CASE NO. 13-66549-JWC |
| | : | |
| Debtor. | : | |

**AMENDED APPLICATION BY TRUSTEE FOR COMPENSATION**

TO:   THE HONORABLE JEFFERY W. CAVENDER
       UNITED STATES BANKRUPTCY JUDGE

This Amended Application of S. Gregory Hays, brought pursuant to Section 330 of the United States Bankruptcy Code, respectfully shows that he is the duly-appointed and qualified Trustee in Bankruptcy of the above-captioned Estate, that the assets of said Debtor have been liquidated, and that there came into the hands of the undersigned Trustee for disbursement the total sum of $64,091.10 of which $0.00 has been disbursed to the Debtor and the Trustee anticipates an additional $0.00 will be distributed to the Debtor.

In the administration of said Estate, your Applicant has performed those services required by a Trustee. This Amended Application is for services rendered from July 31, 2013 through June 27, 2019. The statutory allowance is the sum of $6,454.56, and Applicant has heretofore previously been awarded on his account compensation as Trustee in the sum of $5,745.27 and paid the sum of $5,500.41.

Your Applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services Applicant has not contributed. Your

Applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of fixing the amount of the fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

On July 31, 2013, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Case"). Trustee was appointed the Chapter 7 Trustee.

The Trustee administered the asset of the Debtor and on March 2, 2015 filed his Final Report and professional fee applications [Doc. No. 67].

By Order entered on April 8, 2015 [Doc. No. 71], Applicant was awarded final compensation of $5,745.27 and expenses of $268.94 for a total allowance of $6,014.21. The compensation awarded to the Trustee was the statutory commission based on distributions at the time of $49,952.66. Based on available funds, the Trustee and other administrative claimants received payment of 95.74% of their allowed claims. Trustee received payment of $5,550.41 of his awarded commission and $257.48 of his awarded expenses.

On May 15, 2015, the trustee filed his final account [Doc. No. 73]. On May 20, 2015, the Court approved the trustee's final account and closed the case [Doc. No. 74].

In April 2016, the Trustee was notified by the State of Georgia of $14,138.44 owed to the Debtor from Medicaid.  On April 15, 2016, the Office of the United States Trustee filed a Motion to Reopen [Doc. No. 76] the bankruptcy case.  On April 20, 2016, an Order was entered reopening the case [Doc. No. 77] and the Trustee was reappointed [Doc. No. 78].

The Trustee filed applicable tax returns for the Debtor and has funds available to pay administrative claims in full and make a ___% distribution to former employees on their priority

wage claims.

As said Trustee, since the case reopening your Applicant has paid out of his own funds or anticipates paying in the final administration of the case, the expenses of $105.14, none of which have been repaid and for which he prays for reimbursement. Attached hereto marked as Exhibit "A" and incorporated herein by reference is an itemization of Trustee's expenses.

**WHEREFORE**, Applicant respectfully prays:

a. That Applicant be awarded final compensation of $6,454.56 of which $954.15 remains unpaid;

b. That Applicant be allowed the sum of $105.14 for the reimbursement of unpaid out-of-pocket expenses incurred since the reopening of the case or to be incurred in the final administration of the case;

c. That Trustee be authorized to pay the Applicant the unpaid balance of the statutory commission of $954.15, unpaid expenses previously awarded of $11.46 and expenses requested in this Amended Application of $105.14 for a total payment of $1,070.75 from the funds presently on hand in the estate; and

d. That the Court grants such other and further relief as may be just and proper.

Respectfully submitted this 27th day of June, 2019.

                                                        */s S. Gregory Hays*

Hays Financial Consulting, LLC        S. Gregory Hays
2964 Peachtree Road, NW            Chapter 7 Trustee
Suite 555
Atlanta, Georgia 30305
404) 926-0060

**Exhibit "A"**

## Hays Financial Consulting, LLC
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

---

**Peterkin and Associates of Georgia, Inc.**
**Case # 13-66549-JWC**

**For the Period from    4/20/2016   to   6/26/2019**

June 26, 2019

| | | **Amount** |
|---|---|---:|
| | **Expenses** | |
| 1/13/2017 | 2017 Bond fee | 4.56 |
| 1/5/2018 | 2018 blanket Bond fee | 4.17 |
| 1/4/2019 | 2019 Bond fee | 0.41 |
| 6/26/2019 | Copies NFR - 60 notices @ 6 pages @ $0.15 per copy - $54.00 | 96.00 |
| | Postage NFR - 60 notices @ $0.50 per notice - $30.00 | |
| | Postage distribution checks - 10 checks @ $0.50 per check - $5.00 | |
| | Parking for Final Hearing - $7.00 | |
| | Subtotal | 105.14 |
| | **Total costs** | **$105.14** |