UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| PETERKIN AND ASSOCIATES OF GEORGIA, INC. | : | CASE NO. 13-66549-JWC |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

    I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

    This 23RD day of August, 2019.

                                                         */s/ S. Gregory Hays*
                                                          S. Gregory Hays
                                                          Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

| | | |
|---|---|---|
| Abimbola Taiwo<br>133 Hamilton Pointe Dr.<br>McDonough, GA 30253-5604 | Adrienne White<br>6371 Wedgewood Trace<br>Tucker, GA 30084-1391 | Adult Resource Coalition<br>Attn: Managing Agent<br>1558 Venetian Dr.<br>Atlanta, GA 30311-3549 |
| Angela Muhammad<br>382 Holly Dr. SE<br>Atlanta, GA 30354-2430 | Bull Realty, Inc<br>50 Glenlake Pkwy<br>Suite 650,<br>Atlanta, GA 30328-7243 | Cherinitta Mobley<br>223 Fletcher St. SW<br>Atlanta, GA 30315-2107 |
| Cheron Crouch<br>3840 Shenfield Dr. #44<br>Union City, GA 30291-7119 | Cintas<br>Attn: Manager or Agent<br>1155 Gannibd Dr, NE, Ste D4200<br>Atlanta, GA 30328 | City of Atlanta<br>Dept. of Watershed<br>55 Trinity Ave.<br>Atlanta, GA 30303-3543 |
| Comcast<br>Attn: Manager or Agent<br>3620 Camp Creek Pkwy, Ste 200<br>Atlanta, GA 30331-6041 | Conswelia Diggs<br>1008 Ardwick Ct. SE<br>Atlanta, GA 30354-3653 | Cool Minds Group, LLC<br>950 Dannon View<br>Suite 4102<br>Atlanta, GA 30331-2159 |
| D'Vetta Lee<br>5401 Old National Hwy<br>Apt. 506<br>Atlanta, GA 30349-3237 | Dana J. Mosely<br>95 Rolling Hills Dr.<br>Jonesboro, GA 30238 | Darius Cooper<br>3939 East Lavista Rd #139<br>Tucker, GA 30084 |
| DBHDD<br>Attn: Michael Link<br>100 Crescent Centre Pkwy<br>Tucker, GA 30084-7055 | Dept. of Labor State of GA<br>Attn: Managing Agent<br>148 Andrew Young Inter.<br>Atlanta, GA 30303-1751 | Dr. Hendry<br>Undeliverable |
| Epiphany Healthcare Systems<br>Attn: Managing Agent<br>4405 Mall Blvd., Ste 315<br>Union City, GA 30291-2070 | Eric J. Breithaupt<br>Stites & Harbison, PLLC<br>2800 Suntrust Plaza<br>303 Peachtree Street, NE<br>Atlanta, GA 30308-3201 | Esau McMorris<br>835 South Cobb Dr.<br>Marietta, GA 30060-3116 |
| GB Collects, LLC<br>Attn: Managing Agent<br>145 Bradford Dr.<br>West Berlin, NJ 08091-9269 | Georgia Power<br>Attn: Manager or Agent<br>96 Annex<br>Atlanta, GA 30396-0002 | Glenise Leslie<br>PO Box 545<br>Snellville, GA 30078-0545 |
| Glenise Leslie<br>1145 Pine Lake Drive<br>Grayson, Georgia 30017 | Internal Revenue Service<br>P O BOX 7346<br>Philadelphia, PA 19101-7346 | Janette Christophe<br>5445 N. Sheridan Rd<br>Unit 3806<br>Chicago, IL 60640-7485 |
| Janice Duncan<br>Undeliverable | Jannette Christophe<br>396 Piedmont NE<br>Apt. 7015<br>Atlanta, GA 30316 | Jimmy Anderson<br>6374 Stablewood Way<br>Lithonia, GA 30058-8975 |

| | | |
|---|---|---|
| Keera Chavis<br>1328 Woodridge Dr<br>Atlanta, GA 30339-3658 | Keller Williams Realty<br>Rick Nally<br>2651 Dallas Highway<br>Marietta, GA 30064-2541 | Kenneth Mitchell<br>Giddens Mitchell & Associates, P.C.<br>Suite 555<br>3951 Snapfinger Parkway<br>Decatur, GA 30035-3295 |
| Kymbyatta Evans<br>6496 Bellevue Dr. SW<br>Conyers, GA 30094-4779 | Lamarr Lewis<br>5216 McCarter Station<br>Stone Mountain, GA 30088-2412 | Leon Williams<br>1522 Crooked Tree Lane<br>Stone Mountain, GA 30088-3764 |
| Megan Belcher<br>1040 Beechcrest Rd. SW<br>Atlanta, GA 30311-3050 | Montigus M. Jackson<br>7614 Birdsview Dr.<br>Fairburn, GA 30213-7426 | Nairobi Cayold<br>526 Penny Lane<br>Marietta, GA 30067-4401 |
| Next Step Staffing, Inc.<br>Attn: Managing Agent<br>2001 Martin Luther King, Jr.<br>Atlanta, GA 30310-1101 | Nicanor A. Smith<br>4297 Joshua Crossing<br>Stone Mountain, GA 30083-1700 | Pamela Lyons<br>1207 Elena Way<br>Woodstock, GA 30188-7854 |
| Peterkin and Assoc of Georgia, Inc.<br>Suite 100-A<br>5538 Old National Hwy<br>Atlanta, GA 30349-3273 | R. Jeneane Treace<br>Office of the US Trustee<br>362 Richard Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Reaves and Associates, Inc.<br>c/o Darlene Reaves<br>13000 S. Tryon St., Ste F#134<br>Charlotte, NC 28278-7489 |
| Ricky Brown<br>54 Chappell Road<br>Atlanta, GA 30314-2400 | S.E.P.I, LLC<br>Attn: Managing Agent<br>PO Box 1387<br>Fayetteville, GA 30214-6387 | Sharon Holder<br>892 Haydens Ridge<br>Ellenwood, GA 30294-4515 |
| Sheila Lee<br>1784 Consitution Road SE<br>Atlanta, GA 30316-4706 | Shelia Wylethia Zackery<br>405 Fairburn Rd #102<br>Atlanta, GA 30331-1946 | Stanley Motors, Inc.<br>60 Beaubrook Lane<br>Sharpsburg, GA 30277-2050 |
| State of GA<br>Dept. of Revenue<br>PO Box 49432<br>Atlanta, GA 30359-1432 | Tiffany Jackson<br>Undeliverable | Tommillia C. Greene<br>9102 Walden Brook Dr.<br>Lithonia, GA 30038-1283 |
| Tommillia Greene<br>5850 Hillandale Dr. Apt. 333<br>Lithonia, GA 30058-1887 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta, GA 30303-3315 | Uchenna Mgbelu<br>1900 Gingham Way<br>Lithonia, GA 30058-5510 |
| Vanterpool Rudder<br>1008 Ardwick Ct SE<br>Atlanta, GA 30354-3653 | | |