

**IT IS ORDERED as set forth below:**

**Date: October 2, 2019**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| PETERKIN AND ASSOCIATES OF GEORGIA, INC. | : | CASE NO. 13-66549-JWC |
| | : | |
| Debtor. | : | |

**ORDER APPROVING AMENDED APPLICATIONS FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE
AND PROFESSIONALS OF THE TRUSTEE**

On August 22, 2019, the Chapter 7 Trustee ("**Trustee**") filed amended applications for the award of additional compensation in the amount of $709.29 and additional expenses in the amount of $105.14 to the Chapter 7 Trustee [Doc. No. 97-1], and additional compensation in the amount of $7,800.00 and additional expenses in the amount of $101.55 to Hays Financial Consulting, LLC, the Chapter 7 Trustee's accountants [Doc. No. 97-2] (collectively, the "**Fee Applications**").

On August 23, 2019, Trustee filed a notice [Doc. No. 98] (the "**Notice**") of the Fee Applications, setting the Fee Applications for hearing on September 26, 2019 (the "**Hearing**").

Trustee asserts that he served the Notice on all creditors and parties in interest entitled to notice. [Doc. No. 98-1].

No party in interest filed a response in opposition to the relief requested in the Fee Applications.

No party in interest appeared at the Hearing to oppose the relief requested in the Fee Applications.

The services sought to be compensated in the Fee Applications have been evaluated pursuant to 11 U.S.C. §§ 326 and 330. The compensation requested by the Chapter 7 Trustee is equal to the statutory fee provided in 11 U.S.C. §326, and appears reasonable under the circumstances. The compensation of Trustee's professionals is reasonable under the circumstances. Under the principles set forth in *Norman v. Housing Authority of City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988), and this Court's knowledge of prevailing market rates and an evaluation of the skill, experience, and reputation of the professional applicants, the hourly rates which they seek to charge are reasonable. Review of the Applications shows the hours expended were reasonable. The Court further finds that the expenses for which reimbursement is sought were reasonable and necessary in rendering the services. No factors are present in this case that require reduction or enhancement of the lodestar. Accordingly, for good cause shown, it is hereby

**ORDERED** that the Fee Applications are **APPROVED** and this approval is made final. It is further

**ORDERED** that the fees and expenses requested are allowed as compensation and reimbursement of expenses as follows:

| *Applicant* | *Docket No.* | *Fees* | *Expenses* | *Total* |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 97-1 | $709.29 | $105.14 | $814.43 |
| Hays Financial Consulting, LLC, accountants for the Chapter 7 Trustee | 97-2 | $7,800.00 | $101.55 | $7,901.55 |

It is further

**ORDERED** that Trustee is authorized and directed to pay said compensation and reimbursement of expenses approved herein and previously awarded and unpaid fees and expenses based on available funds and as outlined in the Trustee's Final report.

**[END OF DOCUMENT]**

Draft Order prepared and presented by:

By: /s/ S. Gregory Hays
     S. Gregory Hays
     Chapter 7 Trustee
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30305
(404) 926-0060

Identification of parties to be served:

S. Gregory Hays, Hays Financial Consulting, LLC, 2964 Peachtree Rd, NW, Suite 555, Atlanta, GA 30305

Office of the U.S. Trustee, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Suite 362, Atlanta, GA 30303

Kenneth Mitchell, Giddens, Mitchell & Associates, P.C., Suite 555, 3951 Snapfinger Parkway, Decatur, GA 30035

Eric J. Breithaupt, Stites & Harbison, PLLC, 2800 Suntrust Plaza, 303 Peachtree Street, NE, Atlanta, GA 30308

Peterkin and Associates of Georgia, Inc., Suite 100-A, 5538 Old National Hwy, Atlanta, GA 30349